IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE H. GUETTLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-573-WHA |
| | )               (WO) |
| THE CITY OF MONTGOMERY, | ) |
| A Municipal Corporation, DORIAN | ) |
| BRUNSON, JERRY PETTY, | ) |
| and MAJOR GOLDEN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Defendants' unopposed Motion to File Witness and Exhibit List Out of Time (Doc. # 32), the court GRANTS the Motion and ORDERS

that the parties file witness and exhibit lists by Monday, May 21, 2012.

Done this 18th day of May, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT