IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LAWRENCE H. GUETTLER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-cv-573-WHA |
| | )                 (WO) |
| THE CITY OF MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The court reminds the parties of the following:

1.) From the Order on the Pretrial Hearing (Doc. # 38), "[t]rial briefs are required to be filed by June 4, 2012, **and shall include either the parties' stipulation as to damages, or their opposing contentions as to damages, not only as to type available and measure, but also as to amount.**"

2.) From the Scheduling Order (Doc. # 20), "[t]he parties shall file any requested voir dire questions, motions in limine fully briefed, and any proposed jury instructions, together with citations of law thereon, on or before 14 days prior to the trial date unless said time is shortened by the court on motion of either party**.**"

The parties have not complied with these requirements, and are DIRECTED to do so **no later than June 7, 2012**.

Done this 6th day of June, 2012.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT